**Electronically Filed
Supreme Court
SCWC-10-0000062
20-MAR-2012
01:40 PM**

NO. SCWC-10-0000062

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

MIKI POUSIMA, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000062; CR. NO. 09-1-0288K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, Acoba,
and McKenna, JJ., and Circuit Judge Sakamoto,
in place of Duffy, J., recused)

The Application for Writ of Certiorari filed on

February 7, 2012 by Petitioner/Defendant-Appellant, Miki Pousima

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, March 20, 2012.

Jack M. Tonaki,                    /s/ Mark E. Recktenwald
Public Defender,
and Taryn R. Tomasa,               /s/ Paula A. Nakayama
Deputy Public Defender,
for petitioner/                    /s/ Simeon R. Acoba, Jr.
defendant-appellant
on the application.                /s/ Sabrina S. McKenna

Charlene Iboshi,                   /s/ Karl K. Sakamoto
Prosecuting Attorney,
and Linda L. Walton,
Deputy Prosecuting
Attorney, for respondent/
plaintiff-appellee
on the response.

